No. A-CV-04-83

COURT OF APPEALS OF THE NAVAJO NATION

September 27, 1983

Bessie DESCHENIE, Appellant,

vs.

Elouise NEZ, Dorothy NEZ and Laura MIKE, Appellees.

Casey Watchman, Esq., Window Rock, Navajo Nation (Arizona) for Appellant. Richard George, Esq., Tuba City, Navajo Nation (Arizona) for Appellee.

The above-captioned appeal is hereby dismissed for the failure to make a motion for reconsideration in District Court, as required by Rule 5(d) of the Rules of Appellate Procedure. Further, a review of the matters on file in the District Court and this court discloses no probable cause for the granting of an appeal under the provisions of 7 NTC Sec. 801(b).